IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JODY JOHNSON,

    Petitioner,

v.                                               Case No. 4:22-cv-74-AW-MAF

RICKY D. DIXON, Secretary, Florida
Department of Corrections, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 24, 2022 Report and Recommendation. ECF No. 3. I have also considered de novo the Petitioner's objections. ECF No. 5. The magistrate judge is correct: This is a successive § 2254 petition, and the court lacks jurisdiction to consider it. Petitioner suggests that he is challenging the manner of execution of his sentence and not his conviction, ECF No. 5, but this is plainly not so. His petition states that "the conviction was fraudulent[ly] obtained," and all the facts alleged go to that allegation.

The Report and Recommendation (ECF No. 3) is adopted and incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of jurisdiction because it is successive." The clerk will then close the file.

SO ORDERED on March 24, 2022.

s/ *Allen Winsor*  
United States District Judge